```
 1  SANDRA R. BROWN
    Acting United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    JOHN J. LULEJIAN (Cal. Bar No. 186783)
 4  Assistant United States Attorney
         1200 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone: (213) 894-0721
         Facsimile: (213) 894-0141
 7       E-mail:    John.Lulejian@usdoj.gov

 8  Attorneys for Applicant
    UNITED STATES OF AMERICA
```



```
                  UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA

    IN THE MATTER OF THE              No. 17-1548 M
    EXTRADITION OF
                                      [PROPOSED] ORDER
    MIGUEL ANTONIO MOLINA BENAVIDES,
       aka "Miguel Molina Benavides,"
       aka "Mike Molina,"
       aka "Molina Mike Benavides,"

    A Fugitive from the Government
    of the Republic of Costa Rica.
```

Upon consideration of the amended request of the United States for the detention of fugitive MIGUEL ANTONIO MOLINA BENAVIDES, also known as ("aka"), "Miguel Molina Benavides," aka "Mike Molina," aka "Molina Mike Benavides" ("MOLINA BENAVIDES") pending extradition proceedings, and good cause therefor appearing,

IT IS HEREBY ORDERED that said request is GRANTED, the Court making the following findings of fact and conclusions of law:

1. In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail. See United States v. Salerno, 878 F.2d 317, 317 (9th Cir. 1989); see also In re Extradition of Smyth, 976 F.2d 1535, 1535-36

(9th Cir. 1992); Kamrin v. United States, 725 F.2d 1225, 1228 (9th Cir. 1984). The burden of showing special circumstances exist rests upon the fugitive. See, e.g., Salerno, 878 F.2d at 317-18. Here, the Court finds that no such "special circumstances" exist.

2. ~~The government alternatively requests detention on the grounds that MOLINA BENAVIDES presents an unacceptable risk of (a) flight and (b) danger to the community, even if the Court were to find that special circumstances are present.~~ *SK*

The Court hereby finds no combination of conditions that will reasonably assure:

    a.    ( ) the appearance of defendant as required; and/or

    b.    ( ) the safety of any person or the community

_____

_____

_____

_____

_____

IT IS SO ORDERED.

6/27/2017
DATE

**STEVE KIM**
_____
HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s John J. Lulejian
_____
JOHN J. LULEJIAN
Assistant United States Attorney